| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | CASEY BOOME (NYBN 5101845)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6627<br>Fax: (415) 436-7234 |
| 8 | Casey.Boome@usdoj.gov |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 19-604-RS-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING HEARING |
| v. | ) | |
| | ) | |
| ISMAEL GARCIA, | ) | |
| a/k/a "Playboy" | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate and agree as follows:

The Court accepted the defendant's guilty pleas in the above-captioned criminal matter on January 17, 2020, and set the case for sentencing on May 26, 2020. The United States, together with the defendant, hereby moves this Court for an order continuing the sentencing hearing until July 21, 2020 at 2:30 p.m. In preparation for the sentencing hearing, the defendant intends to undergo a psychological evaluation, which requires the defendant to meet in-person with a qualified professional. The defendant is currently in custody at the Santa Rita Alameda County Jail. Due to the COVID-19 global pandemic, local shelter in place orders, and restrictions on in-person visits at the Santa Rita Jail, the defendant requires additional time to prepare for the sentencing hearing. For the foregoing reasons, the parties

STIPULATION AND [PROPOSED] ORDER

1

request that the court vacate the sentencing hearing currently set for May 26, 2020 and reset the matter for sentencing on July 21, 2020 at 2:30 p.m.

IT IS SO STIPULATED.

DAVID L. ANDERSON
United States Attorney

Dated: April 12, 2020

_____/s/_____
CASEY BOOME
Assistant United States Attorney

Dated: April 12, 2020

_____/s/ with permission_____
ELLEN LEONIDA
Attorney for Defendant

## ORDER

For the reasons set forth in the stipulation of the parties, the Court HEREBY ORDERS that the sentencing hearing in the above-captioned matter currently set for May 26, 2020 shall be vacated and reset for July 21, 2020 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: 4/13/2020

HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
2